IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:21-CR-00046 (WLS-TQL) |
| | : |
| JUSTIN LEE LOWE, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

This case is currently set for a pretrial conference for a specially set trial term beginning on April 25, 2022; however, the next regularly occurring trial term begins on May 9, 2022.

As such, if this case is continued from the April 25, 2022 trial term, the Court intends to notice this case for the Court's May 2022 trial term. Therefore, all Parties' counsel **shall** review the case, confer, and inform the Court no later than **Monday, March 21, 2022** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial to begin in April or May 2022, a motion to continue the trial to the August 2022 term should be filed immediately for the Court's timely consideration; otherwise, this case may be noticed for a pretrial conference for the May 2022 trial term.

**SO ORDERED**, this 14th day of March 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**