IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Case No.: 7:21-CR-00046 (WLS-TQL) |
| JUSTIN LEE LOWE, | : |
| Defendant. | : |

## ORDER

Previously, the Court ordered the Parties to confer and inform the Court whether the case was ready to proceed to trial during a specially set trial term beginning on April 25, 2022 or the next regular trial term beginning on May 9, 2022. (Doc. 21.) The Parties have now timely filed a "Joint Motion to Continue in the Interest of Justice," asking that the Court continue the trial in this case to the next Valdosta trial term so that Defendant can review the voluminous discovery and the Parties can continue plea negotiations. (Doc. 23.)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 23) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

1

The April 12, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 22nd day of March 2022.

                                            **/s/ W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**